**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Todd L.,[1]

Plaintiff,

v.

Frank Bisignano, *Commissioner of Social Security*,

Defendant.

Case No. 25-CV-1962 (JMB/EMB)

**ORDER**

---

James H. Greeman, Greeman Toomey PLLC, Minneapolis, MN, for Plaintiff Todd L.

James D. Sides, Sophie Doroba, and Dennis Golden, Social Security Administration, Baltimore, MD, for Defendant Commissioner of Social Security

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Elsa M. Bullard, dated July 31, 2026. (Doc. No. 15.) The R&R recommends that Plaintiff Todd L.'s request for relief be denied and this matter be dismissed. (*See id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

[1] This District has adopted a policy of using only the first name and last initial of any non-governmental party on orders in Social Security matters.

1. The R&R (Doc. No. 15) is ADOPTED.

2. Plaintiff's request for relief (Doc. No. 10) is DENIED.

3. The Commissioner's request for relief (Doc. No. 12) is GRANTED.

4. The Court dismisses this action with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 19, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court